**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-23569-RAR**

**NIGEL FRANK DE LA TORRE PARDO**,

     Plaintiff,

v.

**TC 860 LLC,**

     Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Joint Stipulation of Final Dismissal with Prejudice [ECF No. 12] ("Stipulation"), filed on October 29, 2024.  The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees except as indicated in the settlement agreement.  The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 29th day of October, 2024.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**